Probation Form No. 35
(1/92)

FILED
CHARLOTTE, N.C.

2005 MAY -9 PM 1:49

U.S. DISTRICT COURT
W. DIST. OF N.C.

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

vs.  Crim. No. 3:95CR00075-014

Sevilla Faye Gamble

On 3/10/00 the above named was placed on Supervised Release for a period of 10 years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Sevilla Faye Gamble be discharged from supervision.

Respectfully submitted,

Terri B. Hedrick
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 3rd day of May, 2005.

Richard L. Voorhees
U.S. District Judge